IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR475 |
| | ) | |
| v. | ) | |
| | ) | |
| GERALDINE IRONS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 16).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion to continue trial is granted; trial of this matter is rescheduled for:

**Monday, April 6, 2009, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Due to the schedule of counsel and the Court, and to give the parties time to pursue plea negotiations or prepare for trial, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 2, 2009, and April 6, 2009, shall be deemed

excludable time in any computation of time under the requirement
of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court