IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:03CR503
                               )
       v.                      )
                               )
JEREMAIN TAYLOR,               )         ORDER
                               )
            Defendant.         )
_____)
```

IT IS ORDERED that the hearing on the motion for report of offender under supervision (Filing No. 36) is rescheduled for:

**Tuesday, April 21, 2009, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 27th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court