IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:08CR475
                               )
         v.                    )
                               )
GERALDINE IRONS,               )              ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to extend time to self surrender (Filing No. 41). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until December 7, 2009, to self-surrender to the place designated by the Bureau of Prisons.

DATED this 6th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court